**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| BRIAN EUGENE DILLARD | ) CASE NO.  25-01686-JMC-13 |
| LYNN MICHELLE DILLARD | ) |
| Debtors. | ) |

**TRUSTEE'S MOTION TO DISMISS**
**WITH NOTICE OF OBJECTION DEADLINE**

Comes now John M, Hauber, Trustee herein, and pursuant to 11 U.S.C. § 1307 and §521 moves the Court for an order dismissing the above-referenced Chapter 13 proceeding.  In support thereof, the Trustee states:

1. On March 28, 2025, the Debtors filed a voluntary petition under Chapter 13.

2. Within the bankruptcy schedules, the Debtors list an interest in the property located at 3138 River Birch Drive, Indianapolis, IN  46235, which is currently held in a joint irrevocable trust.

3. However, in September 2022, the real estate was transferred out of the trust to obtain a loan and then transferred back into the Trust.

4. As an avoidable transfer, the value of the transfer is subject to inclusion in the calculations outlined in §1325(a)(4), and the value of the real estate is relevant.

5. On September 2, 2025, the Trustee filed a Trustee's Application to Employ Realtor to Provide Market Analysis.  No objection was filed, and on October 9, 2025, the Application was granted.

6. The Trustee contacted counsel for the Debtors, who indicated that the debtors are unwilling to schedule the visit by the realtor.

7. Pursuant to §521(a)(3), the Debtors are required to "cooperate with the trustee as necessary to enable the trustee to perform the trustee's duties under the title."

8. The Debtors' refusal to cooperate with the valuation process is unduly delaying and is prejudicial to creditors.

**Parties are hereby notified** that any objection to this motion must be filed with the Court within twenty-one (21) days from the date of service. Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person to Birch Bayh Federal Building, United States Courthouse, 46 E. Ohio Street, Room 116, Indianapolis, IN, 46204. The objection must be served on the Trustee, the Debtor, and any Attorney for the Debtor. If no objection is timely filed, an order may be entered by the Court for the relief requested.

**WHEREFORE**, after notice and opportunity for a hearing if necessary, your Trustee requests that the Court dismiss the case and for any and all other appropriate relief.

Respectfully submitted,

/s/ John M. Hauber
John M. Hauber (#17368-49)
Chapter 13, Trustee
320 N. Meridian Street, Ste. 200
Indianapolis, IN  46204
(317) 636-1062

## CERTIFICATE OF SERVICE

      I do hereby certify that a copy of the foregoing Trustee's Motion to Dismiss has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, or by electronic notification, on October 14, 2025:

Mark S Zuckerberg
Bankruptcy Law Office of Mark S Zuckerberg
filings@mszlaw.com

US Trustee
ustpregion10.in.ecf@usdoj.gov

Brian Eugene Dillard
Lynn Michelle Dillard
3138 River Birch Drive
Indianapolis, IN 46235

                                                ____/s/ John M. Hauber_____